AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 18-578 (M)
SIM card number: Claro #89010200316283844711 )
)
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___Puerto Rico___
*(identify the person or describe the property to be searched and give its location)*:

SIM card number: Claro #89010200316283844711

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Affidavit in Support of Search Warrant Application and Attachments A and B, incorporated herein by reference.

YOU ARE COMMANDED to execute this warrant on or before ___4/20/18___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Clerk~~ Magistrate Judge Bruce McGiverin~~___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   **APR 0 6 2018**  1:17 pm         _____
                                                             *Judge's signature*

City and state:   San Juan, Puerto Rico         Magistrate Judge Bruce McGiverin
                                                *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: 18-578 (M) | Date and time warrant executed: 04/09/2018 1000 | Copy of warrant and inventory left with: INTAKE DROP BU[X] RECEIVED & FIL[ED] 2018 MAY 10 AM 10:59 |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

Digital Data.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/9/2018

_____
Executing officer's signature

Luis A. Rojas, S/A HSI
Printed name and title